UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
VERNE DAVIDSON,
    Plaintiff,

    v.                    Docket No. 05-cv-30094-MAP


SPRINGFIELD FOOD SERVICE
CORP. PERFORMANCE FOOD
GROUP--SPRINGFIELD and
PERFORMANCE FOOD GROUP,
    Defendants.
---------------------------------------------x

## JOINT PROPOSED PRETRIAL STATEMENT

Pursuant to Local Rule 16.1(D), Verne Davidson ("plaintiff"), and, Springfield Food Service Corp. Performance Food Group--Springfield And Performance Food Group, ("defendants"), submit the following Joint Proposed Pretrial Statement. Counsel for the parties conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B).

    A.    Pursuant to Local Rule 16.1(D)(1), the joint discovery plan is as follows:

1. The parties' initial disclosures pursuant to Fed.R.Civ.P. 26(a) shall be served on or before July 31, 2005.

2. All written discovery including depositions shall be completed by March 15, 2006.

5. Plaintiff will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by May 1, 2006, and depositions of plaintiff's experts will be completed by June 15, 2006.

7. Defendant will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by June 15, 2006, and depositions of defendant's experts will be completed by August 1, 2006.

B. Pursuant to Local Rule 16.1(D)(2):

1. All motions for summary judgment will be filed by August 30, 2006.

2. Oppositions to any Motion for Summary Judgment will be filed by September 20, 2006. Any Replies to the Oppositions will be filed by October 4, 2006.

3. Should Motions for Summary Judgment not be filed by the above date, or should any such motions be denied by the court in whole or in part, the Court will convene another conference to explore settlement and to establish dates for a final pretrial conference and trial.

C. Pursuant to Local Rule 16.1(D)(3), certifications signed by counsel and an authorized representative of each party will be filed with the Court.

Respectfully submitted,

| DEFENDANTS | PLAINTIFF |
|---|---|
| By their attorney, | By his attorney, |
| | |
| ___/s/ Timothy Murphy___ | ___/s/ Suzanne Garrow___ |
| Timothy Murphy BBO#556429 | Suzanne Garrow BBO#636548 |
| timothymurphy@skoler-abbott.com | sgarrow@comcast.net |
| Skoler, Abbott & Presser, P.C. | Heisler, Feldman & McCormick, P.C. |
| One Monarch Place, Ste. 2000 | 1145 Main Street, Suite 508 |
| Springfield, MA  01144 | Springfield, MA  01103 |
| Ph. (413) 737-4753 | Ph. (413) 788-7988 |
| | Fax (413) 788-7996 |