# United States District Court

DISTRICT OF Massachusetts

Verne Davidson

v.

Springfield Food Service
Corp. etal.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30094-MAP

TO: (Name and address of defendant)

Springfield Food Service Corp

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

Mary Finn

(BY) DEPUTY CLERK

April 22, 2005

DATE

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ice of the Summons and Complaint was made by me[1] | 7/11/2005 |
| OF SERVER (PRINT) Suzanne Garrow | TITLE Attorney for Plaintiff |

ck one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Accepted by Timothy Murphy — defendants' attorney

### STATEMENT OF SERVICE FEES

| SERVICES | TOTAL |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/11/05
            Date

Signature of Server

Address of Server
**Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103**

s to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF Massachusetts

Verne Davidson

v.

Springfield Food Service Corp. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-30094-MAP

TO: (Name and address of defendant)

Performance Food Group

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

april 22, 2005

CLERK                                               DATE

Mary Finn

(BY) DEPUTY CLERK

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ice of the Summons and Complaint was made by me[1] | 7/11/2005 |
| OF SERVER (PRINT) Suzanne Garrow | TITLE Attorney for Plaintiff |

ck one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Accepted by Timothy Murphy — defendants' attorney

### STATEMENT OF SERVICE FEES

| SERVICES | TOTAL |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/11/05
         Date                                      Signature of Server

Address of Server
**Heisler, Feldman & McCormick, P.C.**
**1145 Main Street, Suite 508**
**Springfield, MA  01103**

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

<u>ACCEPTANCE OF SERVICE ON BEHALF OF</u>
<u>SPRINGFIELD FOOD SERVICE CORP. and PERFOMANCE FOOD GROUP</u>

I, Timothy Murphy, hereby accept service of the complaint in the case of Davidson v. Springfield Food Service Corp. and Performance Food Group in U.S. District Court Civil Action No. 05-30094-MAP, on behalf of my clients, Springfield Food Service Corp. and Performance Food Group on this date.

Date: May 11, 2005

Timothy Murphy, Esq.