UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------x
VERNE DAVIDSON,
    Plaintiff,

v.                                    Docket No. 05-cv-30094

SPRINGFIELD FOOD SERVICE
CORP. PERFORMANCE FOOD
GROUP--SPRINGFIELD and
PERFORMANCE FOOD GROUP,
    Defendants.
-------------------------------------------------x

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

    a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

    b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: 7-9-2005

VERNE DAVIDSON

Respectfully submitted,

PLAINTIFF VERNE DAVIDSON
By his attorney,

/s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above was served on the attorneys of record for the defendant via electronic mail on July 11, 2005.

/s/ Suzanne Garrow
Suzanne Garrow