UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERNE DAVIDSON,<br><br>                Plaintiff,<br><br>vs.<br><br>SPRINGFIELD FOOD SERVICE CORP. and PERFORMANCE FOOD GROUP,<br><br>                Defendant. | CIVIL ACTION NO.05-CV-30094-MAP |

## **LOCAL RULE 16.1(D)(3) STATEMENT**

Pursuant to Local Rule 16.1(D)(3), the Defendants, Springfield Food Service Corp., and Performance Food Group (hereinafter "Defendants"), and their counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed alternative dispute resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

| | |
|---|---|
| Respectfully submitted, | Springfield Food Service Corp. and Performance Food Group, |
| /s/ Timothy F. Murphy<br>Timothy F. Murphy, Esq.<br>BBO No. 556429<br>Counsel for Defendants<br>Skoler, Abbott & Presser, P.C.<br>One Monarch Place, Suite 2000<br>Springfield, Massachusetts  01144<br>Tel. (413) 737-4753/Fax (413) 787-1941<br><br>Dated: July 20, 2005 | _____<br>Pamela Burns<br>Vice President of Human Resources<br><br>Dated:   July  ___, 2005 |

Respectfully submitted,

_____
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: July ___, 2005

Springfield Food Service Corp. and Performance Food Group,

*Pamela B_____* (signature)
Pamela Burns
Vice President of Human Resources

Dated: July 19, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Local Rule 16.1(D)(3) Statement* was served upon the attorney of record for each other party via Hand Delivery, on July___, 2005.

_____
Timothy F. Murphy, Esq.

LR 16.1D3 Certification.doc

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing *Local Rule 16.1(D)(3) Statement* was served upon the attorney of record for each other party electronic Delivery, on July 20, 2005.

                                                /s/ Timothy F. Murphy
                                                Timothy F. Murphy, Esq.