UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERNE DAVIDSON,             )
        Plaintiff   )
                    )
v.                          )     Civil Action No. 05-30094-MAP
                    )
                    )
SPRINGFIELD FOOD SERVICE    )
CORP., PERFORMANCE FOOD     )
GROUP -- SPRINGFIELD and    )
PERFORMANCE FOOD GROUP,     )
        Defendants  )

SCHEDULING ORDER
July 20, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by July 31, 2005

2. All non-expert discovery including depositions shall be completed by March 15, 2006.

3. Counsel shall appear for a case management conference on March 20, 2006, at 10:00 a.m. in Courtroom Three.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006, and depositions of those experts shall be completed by June 15, 2006.

5. Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by June 15, 2006, and depositions of those experts shall be completed by August 1, 2006.

IT IS SO ORDERED.

DATED: July 20, 2005

                                         /s/ Kenneth P. Neiman  
                                        KENNETH P. NEIMAN  
                                        U.S. Magistrate Judge