UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
VERNE DAVIDSON,
    Plaintiff,

    v.                                          Docket No. 05-30094-MAP

SPRINGFIELD FOOD SERVICE
CORP. , PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
      Defendants.
---------------------------------------------x

## JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

The parties to the above-entitled matter respectfully request that the Pretrial Scheduling Order be amended as follows:

1. All non-expert discovery completed by 5/15/06;

2. Plaintiff's expert disclosures to be made by 7/15/06;

3. Depositions of plaintiff's experts to be completed by 9/1/06;

4. Defendants' expert disclosures to be made by 9/15/06;

5. Depositions of defendants' experts to be completed by 11/1/06.

As grounds for this motion, the parties state that due to the press of other business, the defendant has not yet provided complete responses to written discovery timely propounded by the plaintiff. The defendant has agreed to provide the responses and any outstanding written discovery forthwith. The plaintiff needs such documentation to take and complete non-expert depositions.

Dated:  February 23, 2006

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| THE PLAINTIFF<br>By his Attorney, | THE DEFENDANTS<br>By their Attorney, |
| /s/ Suzanne Garrow | /s/ Timothy Murphy |
| Suzanne Garrow BBO# 636548<br>Heisler, Feldman, McCormick<br>    & Garrow, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988<br>fax (413) 788-7996 | Timothy Murphy BBO #556429<br>Skoler Abbott & Presser<br>One Monarch Place, Suite 2000<br>Springfield, Massachusetts 01144<br>(413) 737-4753<br>Fax: (413) 787-1941 |