UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERNE DAVIDSON,            )
         Plaintiff    )
                           )
                           )
   v.                      )         Civil Action No.  05-30094-MAP
                           )
                           )
SPRINGFIELD FOOD SERVICE   )
CORP., et al.,             )
         Defendants   )

REVISED SCHEDULING ORDER
February 24, 2006

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the Joint Motion to Modify Scheduling Order (Document No. 11) and revises the schedule as follows:

1. Defendants are to provide responses to outstanding written discovery forthwith.

2. All remaining non-expert discovery, including depositions, shall be completed by May 15, 2006.

3. Counsel shall appear for a case management conference on May 19, 2006, at 10:30 a.m. in Courtroom Three.  The March 20, 2006 conference is canceled.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by July 14, 2006, and depositions of those experts shall be completed by September 1, 2006.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 15, 2006, and depositions of those experts shall be completed by November 1, 2006.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

Dated: February 24, 2006     /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge