UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
VERNE DAVIDSON,
     Plaintiff,

     v.                        Docket No. 05-30094-MAP


SPRINGFIELD FOOD SERVICE
CORP. , PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
       Defendants.
----------------------------------------------x

## PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY

Pursuant to Fed. R. Civ. P. Rule 37 (a), the plaintiff, Verne Davidson requests that the Court order the defendants to produce adequate responses to Interrogatories and Requests for the Production of Documents.

The plaintiff timely served written discovery and responses to that written discovery were received by the plaintiff. The parties conferred about the discovery disputes arising from plaintiff's written discovery in an attempt to narrow the issues before the Court pursuant to Local Rules 7.1 and 37.1. Defendants counsel agreed to provide certain of the documents and information to which defendants previously objected and maintained his objection to other requests.

For all the reason set forth in the Memorandum of Law filed on this day, the plaintiff requests that this court order complete responses to the plaintiff's Interrogatories Nos. 10,11, 29 and Document Requests Nos. 6,9,10,12.

PLAINTIFF VERNE DAVIDSON
By his attorney,

   /s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) and 37.1(B)

I certify that I have attempted in good faith to resolve or narrow the issues raised in this motion at a discovery conference, and have not been able to reach an agreement on discovery requests which are the subject of this Motion.

PLAINTIFF VERNE DAVIDSON
By his attorney,

   /s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

    /s/ Suzanne Garrow
Suzanne Garrow