UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERNE DAVIDSON,                    )
              Plaintiff     )
                    )
       v.                        )     Civil Action No.  05-30094-MAP
                    )
                    )
SPRINGFIELD FOOD SERVICE          )
CORP., et al.,                    )
             Defendants    )

REVISED SCHEDULING ORDER
May 19, 2006

NEIMAN, U.S.M.J.

      The following schedule was established at the case management conference this day:

    1.     All remaining non-expert discovery shall be completed by June 23, 2006.

    2.     The parties shall file summary judgment motions by July 21, 2006, and oppositions thereto shall be filed by August 10, 2006.

    3.     If no dispositive motion is filed, the parties shall appear for a case management conference on July 25, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                        /s/ Kenneth P. Neiman
                       KENNETH P. NEIMAN
                       U.S. Magistrate Judge