UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x
VERNE DAVIDSON,
    Plaintiff,

    v.                                       Docket No. 05-30094-MAP

SPRINGFIELD FOOD SERVICE
CORP. , PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
      Defendants.
-----------------------------------------------x

## JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

The parties to the above-entitled matter respectfully request that the Pretrial Scheduling Order be amended as follows:

1.    Summary judgment motions to be due December 1, 2006, and responses to be due on January 3, 2006, and all other deadlines to remain the same.

As grounds for this motion, the parties state that it is likely that one or both of the parties will move for summary judgment. The plaintiff anticipates that treating physician testimony or documentary evidence from the plaintiff's treating physician, which information is a part of the expert phase of discovery, may be necessary for the defense of a motion for summary judgment, the prosecution of a motion for partial summary judgment or both.

Dated:  July 11, 2006

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| THE PLAINTIFF<br>By his Attorney, | THE DEFENDANTS<br>By their Attorney, |
| /s/ Suzanne Garrow | /s/ Timothy Murphy |
| Suzanne Garrow BBO# 636548<br>Heisler, Feldman, McCormick<br>        & Garrow, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988<br>fax (413) 788-7996 | Timothy Murphy BBO #556429<br>Skoler Abbott & Presser<br>One Monarch Place, Suite 2000<br>Springfield, Massachusetts 01144<br>(413) 737-4753<br>Fax: (413) 787-1941 |