UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x
VERNE DAVIDSON,
                Plaintiff,

                v.                Docket No. 05-30094-MAP

SPRINGFIELD FOOD SERVICE
CORP. , PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
        Defendants.
-----------------------------------------------x

## STIPULATION OF DISMISSAL OF COUNTS III and IV OF PLAINTIFF'S AMENDED COMPLAINT

The parties hereby stipulate to the dismissal of Counts III and IV, which allege a violation of M.G.L. c. 151B on account of the plaintiff's race and age. The parties will bear their own costs.


| THE PLAINTIFF | THE DEFENDANTS |
|---|---|
| By his attorney, | By their attorney, |
| /s/ Suzanne Garrow | /s/ Timothy Murphy |
| Suzanne Garrow BBO# 636548 | Timothy Murphy, Esq. BBO# 556429 |
| Heisler, Feldman, McCormick, & Garrow, P.C. | Skoler, Abbott & Presser One Monarch Place |
| 1145 Main Street, Ste. 508 | Springfield, MA  01144 |
| Springfield, MA  01103 | |

Dated:  July 11, 2006