UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERNE DAVIDSON,<br>        Plaintiff<br><br>v.<br><br>SPRINGFIELD FOOD SERVICE<br>CORP., et al.,<br>        Defendants | Civil Action No.  05-30094-MAP |

FURTHER REVISED SCHEDULING ORDER
July 12, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Modify Scheduling Order (Document No. 17) and revises the schedule as follows:

1. The parties shall file summary judgment motions by December 1, 2006, and oppositions thereto shall be filed by January 3, 2007.

2. If no dispositive motion is filed, the parties shall appear for a case management conference on December 5, 2006, at 12:15 p.m. in Courtroom Three.  The July 25, 2006 conference is hereby cancelled.

There shall be no further extensions.

IT IS SO ORDERED.

                                                                  /s/ Kenneth P. Neiman
                                                                  KENNETH P. NEIMAN
                                                                  U.S. Magistrate Judge