UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERNE DAVIDSON,<br>           Plaintiff,<br><br>vs.<br><br>SPRINGFIELD FOOD SERVICE CORP. and PERFORMANCE FOOD GROUP,<br><br>           Defendants. | CIVIL ACTION NO. 05-30094-MAP |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

      Pursuant to Fed. R. Civ. P. 56, Defendants Springfield Food Service Corp. and Performance Food Group hereby request that the Court grant them Summary Judgment on all counts in the above-captioned action. For the reasons fully set forth in their Memorandum of Law submitted herewith, Defendants are entitled to Summary Judgment, as there is no genuine issue of material fact for trial, and, as a matter of law, they are entitled to judgment in their favor.

                                                    Respectfully Submitted,

                                                    /s/ Timothy Murphy_____
                                                    Timothy Murphy, Esq.
                                                    BBO #556429
                                                    Counsel for Defendants
                                                    Skoler, Abbott & Presser, P.C.
                                                    One Monarch Place, Suite 2000
                                                    Springfield, Massachusetts  01144
Dated:  December 1, 2006              Tel.: (413) 737-4753/Fax: (413) 787-1941

### CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of the foregoing *Defendants' Motion For Summary Judgment* was served upon the attorney of record for each other party via electronic filing on December 1, 2006.

                                                    /s/ Timothy Murphy_____
                                                    Timothy Murphy, Esq.