UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
VERNE DAVIDSON,
    Plaintiff,

    v.                                     Docket No. 05-30094-MAP

SPRINGFIELD FOOD SERVICE
CORP., PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
    Defendants.
---------------------------------------------x

## ASSENTED TO MOTION TO EXCEED PAGE LIMIT
## ON LEGAL MEMORANDUM

The Plaintiff respectfully moves this Court for leave to file a legal Memorandum in opposition to the Defendant's Motion for Summary Judgment which exceeds the twenty (20) page limit specified in Local Rule 7.1(B)(4). As grounds for this motion, Plaintiff states:

    1.    The Defendant has filed a motion for summary judgment on all of the Plaintiff's claims raised in the plaintiff's complaint.

    2.    The additional pages of legal argument in the Memorandum portion of the Plaintiff's Opposition is necessary in order to fully respond to the issues raised in the pending motion and adequately present both the factual and legal arguments supporting the Plaintiff's opposition to the pending summary judgment motion.

Dated: January 3, 2007

Respectfully Submitted,

PLAINTIFF VERNE DAVIDSON
By his attorney,


____/s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996


CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

_____/s/ Suzanne Garrow
Suzanne Garrow