UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------x
VERNE DAVIDSON,
    Plaintiff,

v.                                    Docket No. 05-30094-MAP

SPRINGFIELD FOOD SERVICE
CORP., PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
    Defendants.
-------------------------------------------x

### AFFIDAVIT OF SUZANNE GARROW, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I am over eighteen years of age and do hereby depose and say:

1. I am counsel for the plaintiff Verne Davidson.

2. Exhibit 1, attached to this Affidavit, is a true and accurate copy of portions of the Deposition of Verne Davidson in this matter.

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of Verne Davidson's SFC Payroll Change forms that were produced by the defendants in the course of proceedings.

4. Exhibit 3, attached to this Affidavit, are true and accurate portions of the Deposition of Charles Agganis in this matter.

5. Exhibit 4, attached to this Affidavit, is a true and accurate copy of Verne Davidson's Performance Review dated 1/31/03 produced during the course of the proceedings.

6.      Exhibit 5, attached to this Affidavit, are true and accurate copy of portions of the Deposition of Donna Szaban in this matter.

7.      Exhibit 6, attached to this Affidavit, is a true and accurate copy of the Employer's Notification to Insurer, produced by the defendants in the course of proceedings.

8.      Exhibit 7, attached to this Affidavit, are a true and accurate copy of portions of the Deposition of 30(b)(6) designee Pamela Burns in this matter.

9.      Exhibit 8, attached to this Affidavit, is a true and accurate copy of Occupational Health & Rehabilitation Patient Status Forms produced pursuant to a subpoena in this matter.

10.     Exhibit 9, attached to this Affidavit, is a true and accurate copy of Occupational Health & Rehabilitation Treatment Notes produced pursuant to a subpoena in this matter.

11.     Exhibit 10, attached to this Affidavit, are true and accurate copy of portions of the Deposition of Peter Brunault in this matter.

12.     Exhibit 11, attached to this Affidavit, is a true and accurate copy of Occupational Health & Rehabilitation Physical Therapy Notes produced pursuant to a subpoena in this matter.

13.     Exhibit 12, attached to this Affidavit, are true and accurate copy of portions of the Deposition of Rolando Pagan in this matter.

14.     Exhibit 13, attached to this Affidavit, is a true and accurate copy of the defendants' operative handbook produced by defendants pursuant to discovery in this matter.

15. Exhibit 14, attached to this Affidavit, is a true and accurate copy of portions of the Deposition of James Hagberg in this matter.

16. Exhibit 15, attached to this Affidavit, is a true and accurate copy of SFC 2003 Employee Change Forms produced by defendants pursuant to discovery in this matter.

17. Exhibit 16, attached to this Affidavit, is a true and accurate copy of portions of the Deposition of Bernie Carter in this matter.

18. Exhibit 17, attached to this Affidavit, is a true and accurate copy of Worker's Guide to Massachusetts Workers' Compensation System, produced by plaintiff in discovery.

19. Exhibit 18, attached to this Affidavit, is a true and accurate copy of PFG Employee Corrective Action Form produced by defendants pursuant to discovery in this matter.

20. Exhibit 19, attached to this Affidavit, is a true and accurate copy of the Termination letter from Peter Brunault to Verne Davidson dated 5/5/06 produced by defendants pursuant to discovery in this matter.

21. Exhibit 20, attached to this affidavit, is a true and accurate printout of information from a website reflecting on line information from the Physician's Desk Reference.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 1/3/2007

SUZANNE GARROW

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.