UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x

VERNE DAVIDSON,
      Plaintiff,

      v.                          Docket No. 05-30094-MAP


SPRINGFIELD FOOD SERVICE
CORP. , PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
        Defendants.
----------------------------------------------x

<u>ASSENTED TO MOTION TO CHANGE DATE FOR
SUMMARY JUDGMENT ARGUMENT</u>

The plaintiff in the above matter respectfully request that the Court change the date for summary judgment argument. The reasons therefore are as follows:

1.      The plaintiff's counsel is co-counsel in a complicated employment discrimination trial with expert and multiple other witnesses that is before this Court on the date on which the argument on the motion for summary judgment is currently scheduled.

2.      Due to ongoing trial and preparation the plaintiff requests that the summary judgment argument be changed to a date in the future at the Court's convenience.

***The defendant assents to this motion.***

Dated:  February 22, 2007

Respectfully submitted,

THE PLAINTIFF
By his Attorney,


/s/ Suzanne Garrow
_____
Suzanne Garrow BBO# 636548
Heisler, Feldman, McCormick
      & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988
fax (413) 788-7996




<u>CERTIFICATE OF SERVICE</u>
     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                          __ /s/ Suzanne Garrow_____
                          Suzanne Garrow