UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x
VERNE DAVIDSON,
    Plaintiff,

    v.                                   Docket No. 05-30094-MAP


SPRINGFIELD FOOD SERVICE
CORP. , PERFORMANCE FOOD
GROUP and PERFORMANCE FOOD
GROUP,
       Defendants.
-----------------------------------------------x

## ASSENTED TO MOTION TO CHANGE DATE FOR SUMMARY JUDGMENT ARGUMENT

    The plaintiff in the above matter respectfully request that the Court change the date for summary judgment argument. The reasons therefore are as follows:

    1.    The Court moved the argument that was set for April 17, 2007, and re-scheduled the argument on the pending Motion for Summary Judgment for April 30, 2007.

    2.    The plaintiff's counsel is scheduled to go to Boston to defend her client's deposition in the matter of <u>Call v. Fresenius Medical Care, N.A</u>, 05-cv-30245-MAP on that date.

    3.    Ms. Call was just this month promoted to a lead position at her new place of employment and the only day she is allowed to take off from work in the week of April 30, 2007, is that day.

    4.    The discovery is set to close in that matter on Thursday May 3, 2007.

5.	The parties in the <u>Call</u> matter moved the Court with a Joint Motion for an Extension of sixty days to complete discovery so that Ms. Call could appear on a different day in a different week for her deposition.

6.	Chief Magistrate Neiman denied that request and, as a result, the plaintiff prays the Court to move the deposition so that Ms. Call will not place her employment at her new place of employment in jeopardy.

*The defendant assents to this motion.*


Dated:  April 23, 2007

Respectfully submitted,

THE PLAINTIFF
By his Attorney,


/s/ Suzanne Garrow
_____
Suzanne Garrow BBO# 636548
Heisler, Feldman, McCormick
	& Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988
fax (413) 788-7996


CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

　　/s/ Suzanne Garrow　　　　
　　Suzanne Garrow