UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VERNE DAVIDSON,                     )
            Plaintiff              )
                                    )
      v.                            ) C.A. No. 05-30094-MAP
                                    )
SPRINGFIELD FOOD SERVICE            )
CORPORATION, ET AL,                 )
            Defendants              )

ORDER REGARDING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND
FOR FINAL PRETRIAL CONFERENCE
(Docket No. 20)

May 16, 2007

PONSOR, D.J.

      Counsel appeared for argument on May 15, 2007 regarding

Defendants' Motion for Summary Judgment (Dkt. No. 20).

Following argument, the motion was DENIED, based upon

disputed issues of fact.

      Though perhaps not overwhelming, the record is

sufficiently strong to justify a jury in concluding that

Defendants' decision-makers knew that the reasons given for

Plaintiff's termination were a pretext for discrimination

against Plaintiff, based upon his disability, or retaliation

against Plaintiff for his invocation of certain statutory

rights.  The court may consider the issues raised by

Defendants' motion at the conclusion of Plaintiff's

presentation of the evidence, if and when this case goes to

trial.

Counsel will appear again before this court on June 11, 2007 at 2:00 p.m. for a final pretrial conference.  At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order.  <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

It is So Ordered.


/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge