```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

VERNE DAVIDSON,                    )
        Plaintiff                  )
                                   )
        v.                         ) C.A. No. 05-30094-MAP
                                   )
SPRINGFIELD FOOD SERVICE           )
CORPORATION, ET AL,                )
        Defendants                 )
```

## FINAL PRETRIAL SCHEDULING ORDER

June 12, 2007

PONSOR, D.J.

Counsel appeared for a final pretrial conference on June 11, 2007 and reported the case ready for trial. The court hereby orders as follows:

1. Trial in this matter will commence on Tuesday, July 17, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection.

2. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed no later than July 9, 2007.

3. A trial in this matter is contingent upon the disposition of <u>United States v. Winston</u>, a criminal case currently scheduled to commence on July 16, 2007. Counsel should maintain contact with the court's clerk to confirm the status of this case.

It is So Ordered.

                        /s/ Michael A. Ponsor
                        MICHAEL A. PONSOR
                        United States District Judge