UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERNE DAVIDSON

        V.                                              CA NO 05-30094-MAP

SPRINGFIELD FOOD SERVICE

SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED: June 18, 2007

                                                SARA THORNTON
                                                CLERK

                                                      /s/Elizabeth A. French
                                        BY: _____
                                        Elizabeth A. French
                                        Deputy Clerk